No. 344. THE PACIFIC EXPRESS COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* I. RUDMAN. In error to the Court of Civil Appeals for the Sixth Supreme Judicial District of the State of Texas. Submitted May 4, 1914. Decided May 11, 1914. *Per Curiam.* Judgment reversed

with costs on the authority of *Atchison, Topeka & Santa Fe Ry. Co.* v. *Robinson*, 233 U. S. 173; *Kansas Southern Ry.* v. *Carl*, 227 U. S. 637–652. *Mr. Cecil H. Smith* and *Mr. James L. Minnis* for the plaintiffs in error. *Mr. Mark McMahon* and *Mr. H. A. Cunningham* for the defendant in error.